

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00723-CR

Michael P. **CARACHEO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR17-040
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on December 17, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to January 16, 2019. On January 16, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until February 15, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by February 15, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court